# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Peterson, James D. | 2. Court or Organization<br><br>District Court - Western Wisconsin | 3. Date of Report<br><br>8/12/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>120 North Henry Street, Suite 560<br>Madison, WI 53703 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust No. 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998-1999 | Wisconsin Retirement System Plan; balance payable at retirement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Associated Bank-Corp - salary |
| 2. | 2019 | University of Wisconsin Law School - stipend for teaching |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 15-16, 2019 | Washington, D.C. | Board of Directors Meeting | Travel, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Ally Bank cash account | A | Interest | K | T | | | | | |
| 2. Associated Bank cash account | A | Interest | | | Closed | 04/11/19 | J | | |
| 3. UW Credit Union cash account | A | Interest | J | T | | | | | |
| 4. Associated Banc-Corp Stock | D | Dividend | M | T | Buy<br>(add'l) | 09/17/19 | K | | |
| 5. | | | | | Buy<br>(add'l) | 12/18/19 | K | | |
| 6. | | | | | Sold<br>(part) | 12/19/19 | K | D | |
| 7. CREF Stock | | None | L | T | | | | | |
| 8. Fidelity Government Money Market Fund | A | Int./Div. | K | T | | | | | |
| 9. GK Phenomenelle Fund LLC Membership | | None | K | U | | | | | |
| 10. Fidelity Core Cash Account (Fidelity Gov Cash Reserves) | A | Interest | J | T | | | | | |
| 11. Fidelity Individual Cash Account | | | | | Merged<br>(with line 8) | | | | |
| 12. Fidelity Int'l Enhanced Index Fund | A | Dividend | K | T | Sold<br>(part) | 06/27/19 | J | A | |
| 13. Fidelity SAI US Value Index Fund | A | Dividend | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 14. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 15. | | | | | Sold<br>(part) | 01/29/19 | J | A | |
| 16. | | | | | Sold | 09/20/19 | K | A | |
| 17. Fidelity SAI U.S. Momentum Index Fund | A | Dividend | | | Buy<br>(add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 03/07/19 | J | A | |
| 19. | | | | | Sold (part) | 06/27/19 | J | A | |
| 20. | | | | | Sold (part) | 09/19/19 | J | A | |
| 21. | | | | | Sold | 09/20/19 | K | A | |
| 22. Fidelity SAI U.S. Large Cap Index | C | Dividend | | | Buy (add'l) | 08/05/19 | J | | |
| 23. | | | | | Sold (part) | 01/29/19 | J | A | |
| 24. | | | | | Sold (part) | 03/07/19 | J | A | |
| 25. | | | | | Sold (part) | 06/27/19 | J | A | |
| 26. | | | | | Sold | 09/20/19 | N | D | |
| 27. Fidelity SAI International Index | | None | | | Buy (add'l) | 08/15/19 | J | | |
| 28. | | | | | Sold (part) | 01/29/19 | J | A | |
| 29. | | | | | Sold (part) | 03/07/19 | J | A | |
| 30. | | | | | Sold (part) | 06/27/19 | J | A | |
| 31. | | | | | Sold (part) | 09/19/19 | J | A | |
| 32. | | | | | Sold | 09/20/19 | M | A | |
| 33. Fidelity SAI Emerg Markets Index | | None | | | Buy (add'l) | 03/07/19 | J | | |
| 34. | | | | | Buy (add'l) | 06/27/19 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 01/29/19 | J | A | |
| 36. | | | | | Sold | 09/20/19 | K | A | |
| 37. Fidelity SAI U.S. Quality Index Fund | A | Int./Div. | | | Buy (add'l) | 06/27/19 | J | | |
| 38. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 39. | | | | | Sold (part) | 01/29/19 | J | A | |
| 40. | | | | | Sold (part) | 03/07/19 | J | A | |
| 41. | | | | | Sold | 09/20/19 | K | A | |
| 42. FID SAI Small Mid Cap 500 Index Fund | A | Dividend | | | Sold (part) | 01/29/19 | J | A | |
| 43. | | | | | Sold (part) | 03/07/19 | J | A | |
| 44. | | | | | Sold (part) | 06/27/19 | J | A | |
| 45. | | | | | Sold (part) | 08/15/19 | J | A | |
| 46. | | | | | Sold | 09/20/19 | K | A | |
| 47. Fidelity Strategic Income Fund | A | Dividend | | | Sold | 06/27/19 | J | A | |
| 48. Fidelity US Bond Index Fund | C | Dividend | M | T | Buy | 06/27/19 | J | | |
| 49. | | | | | Sold (part) | 08/15/19 | J | A | |
| 50. Fidelity Conservative Income Bond Fd | A | Dividend | K | T | Sold (part) | 03/07/19 | J | A | |
| 51. | | | | | Sold (part) | 08/15/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Strategic Advisers Income Opportunities | A | Int./Div. | | | Buy (add'l) | 03/07/19 | J | | |
| 53. | | | | | Sold | 09/20/19 | K | A | |
| 54. Fidelity Inflat-Prot Bd Index Fund | A | Dividend | J | T | | | | | |
| 55. Fidelity Government Cash Reserves | A | Interest | J | T | | | | | |
| 56. Fidelity SAI Inflation Focused FD | A | Dividend | | | Buy | 01/29/19 | J | | |
| 57. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 58. | | | | | Sold (part) | 08/15/19 | J | A | |
| 59. | | | | | Sold | 09/20/19 | J | A | |
| 60. Fidelity Flex Interantional Index | C | Dividend | M | T | Buy | 09/26/19 | J | | |
| 61. | | | | | Buy (add'l) | 09/27/19 | M | | |
| 62. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 63. | | | | | Sold (part) | 11/06/19 | J | A | |
| 64. | | | | | Sold (part) | 11/07/19 | J | A | |
| 65. Fidelity Flex 500 Index Fund | B | Dividend | N | T | Buy | 09/26/19 | J | | |
| 66. | | | | | Buy (add'l) | 09/27/19 | N | | |
| 67. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 68. | | | | | Sold (part) | 11/06/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/07/19 | J | A | |
| 70. Fidelity Flex Small Cap Index Fund | A | Int./Div. | K | T | Buy | 09/27/19 | K | | |
| 71. Fidelity Flex Mid Cap Index Fund | A | Int./Div. | K | T | Buy | 09/27/19 | K | | |
| 72. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 73. Fidelity Flex Cons Income Bond Fund | A | Dividend | K | T | Buy | 09/27/19 | K | | |
| 74. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 75. Fidelity Flex U.S. Bond Index Fund | B | Int./Div. | M | T | Buy | 09/27/19 | M | | |
| 76. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 77. Fidelity Flex Government Money Mkt | A | Dividend | J | T | | | | | |
| 78. Fidelity Deposit at BNY Mellon | | None | J | T | | | | | |
| 79. IShares Core S&P Small Cap | A | Dividend | K | T | Sold (part) | 01/29/19 | J | A | |
| 80. | | | | | Sold (part) | 06/27/19 | J | A | |
| 81. | | | | | Sold (part) | 08/15/19 | J | A | |
| 82. | | | | | Sold (part) | 09/19/19 | J | A | |
| 83. IShares TR EAFE Sml Cp | A | Int./Div. | J | T | Sold (part) | 03/07/19 | J | A | |
| 84. | | | | | Sold (part) | 09/19/19 | J | A | |
| 85. IShares TR EAFE Grwth ETF | A | Dividend | J | T | Sold (part) | 01/29/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  IShares Inc Core MSCI Emerging Mkts | A | Dividend | K | T | Buy | 03/07/19 | J | | |
| 87. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 88. | | | | | Sold (part) | 09/19/19 | J | A | |
| 89.  Select Sector Spdr Tr Energy | | None | | | Sold | 01/29/19 | K | A | |
| 90.  Select Sector Spdr Tr Energy (W) | A | Dividend | | | Buy | 01/02/19 | J | | |
| 91. | | | | | Sold | 01/31/19 | J | A | |
| 92.  Ishares TR EAFE SML CP ETF (W) | A | Dividend | | | Buy | 07/01/19 | J | | |
| 93. | | | | | Sold (part) | 01/31/19 | J | A | |
| 94. | | | | | Sold (part) | 09/23/19 | J | A | |
| 95. | | | | | Sold | 09/27/19 | J | A | |
| 96.  Ishares Core S&P Small Cap E (W) | A | Dividend | | | Buy | 01/02/19 | J | | |
| 97. | | | | | Sold (part) | 01/31/19 | J | A | |
| 98. | | | | | Sold (part) | 07/01/19 | J | A | |
| 99. | | | | | Sold (part) | 08/19/19 | J | A | |
| 100. | | | | | Sold (part) | 09/23/19 | J | A | |
| 101. | | | | | Sold | 09/27/19 | J | A | |
| 102.  Ishares Inc Core MSCJ Emerging Mkts ETF (W) | A | Dividend | J | T | Buy | 03/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 104. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 105. | | | | | Sold (part) | 01/02/19 | J | A | |
| 106. | | | | | Sold (part) | 09/27/19 | J | A | |
| 107. Fidelity SAI Small Mid Cap 500 Index Fund (W) | A | Dividend | | | Sold (part) | 01/30/19 | J | A | |
| 108. | | | | | Sold (part) | 03/08/19 | J | A | |
| 109. | | | | | Sold (part) | 06/28/19 | J | A | |
| 110. | | | | | Sold | 08/16/19 | J | A | |
| 111. Fidelity U.S. Bond Index Fund (W) | A | Dividend | | | Buy | 01/30/19 | J | | |
| 112. | | | | | Buy | 03/08/19 | J | | |
| 113. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 114. | | | | | Sold (part) | 08/16/19 | J | A | |
| 115. | | | | | Sold | 09/26/19 | L | A | |
| 116. Fidelity SAI U.S. Quality Index Fund (W) | A | Dividend | | | Buy | 06/28/19 | J | | |
| 117. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 118. | | | | | Sold (part) | 01/30/19 | J | A | |
| 119. | | | | | Sold (part) | 03/08/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 09/23/19 | J | A | |
| 121. Fidelity SAI U.S. Momentum Index Fund (W) | A | Dividend | | | Buy | 01/30/19 | J | | |
| 122. | | | | | Sold (part) | 03/08/19 | J | A | |
| 123. | | | | | Sold (part) | 06/28/19 | J | A | |
| 124. | | | | | Sold (part) | 09/20/19 | J | A | |
| 125. | | | | | Sold | 09/23/19 | J | A | |
| 126. Fidelity SAI U.S. Value Index Fund (W) | A | Dividend | | | Buy | 06/28/19 | J | | |
| 127. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 128. | | | | | Sold (part) | 01/30/19 | J | A | |
| 129. | | | | | Sold | 09/23/19 | J | A | |
| 130. Strategic Advisors Income Opportunities (W) | A | Dividend | | | Buy | 03/08/19 | J | | |
| 131. | | | | | Sold | 09/23/19 | J | A | |
| 132. Fidelity SAI U.S. Large Cap Index (W) | C | Dividend | | | Buy (add'l) | 08/16/19 | J | | |
| 133. | | | | | Sold (part) | 01/30/19 | J | A | |
| 134. | | | | | Sold (part) | 03/08/19 | J | A | |
| 135. | | | | | Sold (part) | 06/28/19 | J | A | |
| 136. | | | | | Sold | 09/23/19 | L | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Fidelity SAI International Index (W) | A | Dividend | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 138. | | | | | Sold<br>(part) | 01/30/19 | J | A | |
| 139. | | | | | Sold<br>(part) | 03/08/19 | J | A | |
| 140. | | | | | Sold<br>(part) | 06/28/19 | J | A | |
| 141. | | | | | Sold<br>(part) | 09/20/19 | J | A | |
| 142. | | | | | Sold | 09/23/19 | K | A | |
| 143. Fidelity SAI Inflation Focused Fund (W) | A | Dividend | | | Buy | 01/30/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 145. | | | | | Sold<br>(part) | 08/16/19 | J | A | |
| 146. | | | | | Sold | 09/23/19 | J | A | |
| 147. Fidelity Int'l Enhanced Index Fund (W) | A | Dividend | | | Buy | 08/16/19 | J | | |
| 148. | | | | | Sold<br>(part) | 06/28/19 | J | A | |
| 149. | | | | | Sold | 09/26/19 | J | A | |
| 150. Fidelity SAI Emerging Markets Index (W) | A | Dividend | | | Buy | 03/08/19 | J | | |
| 151. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 152. | | | | | Sold | 09/23/19 | J | A | |
| 153. Fidelity Conservative Income Bnd Inst Cl (W) | A | Dividend | | | Buy | 01/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 155. | | | | | Sold (part) | 03/08/19 | J | A | |
| 156. | | | | | Sold (part) | 08/16/19 | J | A | |
| 157. | | | | | Sold | 09/26/19 | J | A | |
| 158. Fidelity Strategic Income Fund (W) | A | Dividend | | | Buy | 01/30/19 | J | | |
| 159. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 160. | | | | | Sold (part) | 06/28/19 | J | A | |
| 161. | | | | | Sold | 09/26/19 | J | B | |
| 162. Ishares TR EAFE Growth ETF (W) | A | Dividend | | | Sold | 09/27/19 | J | A | |
| 163. Fidelity Inflat-Prot Bd Index Fund (W) | A | Dividend | | | Buy | 01/30/19 | J | | |
| 164. | | | | | Sold | 09/26/19 | J | A | |
| 165. Fidelity Flex 500 Index Fund (W) | B | Dividend | M | T | Buy | 09/30/19 | M | | |
| 166. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 167. | | | | | Sold (part) | 12/30/19 | J | A | |
| 168. Fidelity Flex Cons Income Bond Fund (W) | A | Dividend | J | T | Buy | 09/30/19 | J | | |
| 169. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 170. | | | | | Buy (add'l) | 11/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 172.  Fidelity Flex International Index (W) | B | Dividend | L | T | Buy | 09/30/19 | L | | |
| 173. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 174. | | | | | Sold (part) | 11/12/19 | J | A | |
| 175.  Fidelity Flex Small Cap Index Fund (W) | A | Dividend | K | T | Buy | 09/30/19 | J | | |
| 176. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 177. | | | | | Sold (part) | 11/12/19 | J | A | |
| 178.  Fidelity Flex U.S. Bond Index Fund (W) | A | Dividend | M | T | Buy | 09/30/19 | J | | |
| 179. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 180.  Fidelity Flex U.S. Bond Index Fund (W) | A | Dividend | L | T | Sold | 09/26/19 | L | C | |
| 181. | | | | | Buy | 09/30/19 | L | | |
| 182. | | | | | Buy (add'l) | 10/01/19 | L | | |
| 183. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 184. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 185.  Vanguard Institutional Index (W) | C | Dividend | M | T | Buy (add'l) | 01/03/19 | J | | |
| 186. | | | | | Sold (part) | 07/01/19 | K | A | |
| 187.  Vanguard Total Bond MKT ADM (W) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Vanguard Target Retirement 2020 (W) | G | Dividend | O | T | Buy<br>(add'l) | 03/04/19 | J | | |
| 189. | | | | | Sold<br>(part) | 07/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments designed (W) are held in the accounts of the judge'         In previous reports, these investments were reported in combination with the judge's investments.

The 2018 report erroneously listed three investments as "sold" instead of "sold (part)."  They are reported at lines 42, 85, and 86 in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James D. Peterson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544